IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOC PERFORMANCE PRODUCTS, INC.,

    Plaintiff,

v.

FIDELITY TECHNOLOGY CORPORATION,

    Defendant.

CIVIL ACTION
NO. 19-4606

## ORDER

**AND NOW**, this 7th day of April, 2020, upon review of Defendant's Motion to Dismiss, as well as Plaintiff's response thereto and Defendant's reply, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss for Failure to State a Claim (Docket No. 3) is **GRANTED**;
2. Plaintiff's Complaint is **DISMISSED**; and
3. The Clerk shall mark this case **CLOSED**.

                        **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        Jeffrey L. Schmehl, J.